JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
212 Yale Avenue
Claremont, CA 91711
909-626-3595
Fax: 626-209-2277
Email: jane@ssihelp.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

MAYRA RODRIGUEZ-ALONSO,       )
                              )
         Plaintiff,           )
                              )   Case # 5:23-cv-00130-JGB-MRW
     v.                       )
                              )   ~~PROPOSED~~ ORDER
KILOLO KIJAKAZI,              )
Acting Commissioner of Social Security, )
                              )
         Defendant.           )
_____)

~~PROPOSED~~ ORDER

AND NOW, this __3rd__ day of __November__, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,500.00 and costs in the amount of $402.00, subject to the terms of the Stipulation.

DATE: 11/3/23

BY THE COURT:

_____
Michael R. Wilner
U.S. Magistrate Judge